No. 95–6749. VANCE *v.* HORN, COMMISSIONER, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–6750. WOODS *v.* RUNYON, POSTMASTER GENERAL. C. A. 6th Cir. Certiorari denied.

No. 95–6752. CREPEAU *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–6754. GOMEZ *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 95–6761. TERRY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–6762. COLLINS *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 95–6766. CAAMANO-RODRIGUEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–6767. CORREA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–6770. OGEA *v.* UNITED STATES; and
No. 95–6780. MILLER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–6771. SATIZABAL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–6774. HUBBARD *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–6776. INGRAO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 95–6777. TRAVIS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–6778. POWELL *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 95–6781. GRAHAM *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.